Tionna Dolin (SBN 299010)
Email: tdolin@slpattorney.com
**Strategic Legal Practices, APC**
emailservices@slpattorney.com
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
LILLIAN GRACIEUX and JULIA GRACIEUX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LILLIAN GRACIEUX and JULIA GRACIEUX,<br><br>             Plaintiffs,<br><br>       vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.:<br><br>Assigned to:<br>Dept.<br><br>**COMPLAINT FOR VIOLATION OF STATUTORY OBLIGATIONS**<br><br>JURY TRIAL DEMANDED |

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**COMPLAINT; JURY TRIAL DEMANDED**

Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 because the action alleges claims pursuant to 15 U.S.C. §2310, the Magnuson-Moss Warranty Act, with a claim that exceeds the amount in controversy of $50,000, pursuant to 15 U.S.C. §2310(d)(3)(B).

2.     Furthermore, the Court has jurisdiction over this matter because there is minimal diversity as Plaintiffs and Defendants are citizens of different states, with a claim that exceeds the amount in controversy of $75,000, pursuant to 28 U.S.C. § 1332.

3.     Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in the Central District of California because a substantial part of the events or omissions giving rise to the claim occurred within the judicial district, including entering into the warranty contract for the Subject Vehicle giving rise to this lawsuit.

4.     Assignment to the Western Division of this Court is proper because all or most of the events giving rise to Plaintiffs' claims occurred in Los Angeles County.

**GENERAL ALLEGATIONS**

5.     As used in this Complaint, the word "Plaintiffs" shall refer to Plaintiffs LILLIAN GRACIEUX and JULIA GRACIEUX.

6.     Plaintiffs are residents of Los Angeles County, California.

7.     As used in this Complaint, the word "Defendant" shall refer to all Defendants named in this Complaint.

8.     Defendant FCA US LLC ("Defendant FCA") is a corporation organized and in existence under the laws of the State of Delaware and registered with the California Department of Corporations to conduct business in California. Defendant FCA's principal place of business is in the State of Michigan. At all times relevant herein, Defendant was engaged in the business of designing,

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1   manufacturing, constructing, assembling, marketing, distributing, and selling

2   automobiles and other motor vehicles and motor vehicle components in Los

3   Angeles County, California.

4        9.     Plaintiffs are ignorant of the true names and capacities of the

5   Defendants sued under the fictitious names DOES 1 to 10. They are sued pursuant

6   to Code of Civil Procedure section 474.  When Plaintiffs become aware of the true

7   names and capacities of the Defendants sued as DOES 1 to 10, Plaintiffs will

8   amend this Complaint to state their true names and capacities.

9   **TOLLING OF THE STATUTES OF LIMITATION**

10       10.     To the extent there are any statutes of limitation applicable to

11  Plaintiffs' claims—including, without limitation, the Song-Beverly Consumer

12  Warranty Act, implied warranty, and Magnuson-Moss Act—the running of the

13  limitation periods have been tolled by, *inter alia*, the following doctrines or rules:

14  equitable tolling, the discovery rule, equitable estoppel, the repair rule, and/or

15  class action tolling.

16       11.     Plaintiffs discovered Defendant FCA'S wrongful conduct alleged

17  herein on or about November 2020 when they requested a buyback and/or

18  restitution of the Subject Vehicle from said Defendant, as the Vehicle continued to

19  exhibit symptoms of defects following said Defendant's unsuccessful attempts to

20  repair them. However, Defendant FCA failed to provide restitution pursuant to the

21  Song-Beverly Consumer Warranty Act and/or Magnuson-Moss Warranty Act.

22  **FACTUAL BACKGROUND**

23       12.     On or about May 10, 2018, in California, Plaintiffs entered into a

24  warranty contract with Defendant FCA regarding a 2018 Dodge Grand Caravan

25  vehicle identification number 2C4RDGBG1JR190784 (hereafter "Vehicle"),

26  which was manufactured and/or distributed by Defendant FCA.

27       13.     The warranty contract contained various warranties, including but not

28  limited to the bumper-bumper warranty, powertrain warranty, emission warranty,

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

etc. A true and correct copy of the warranty contract is attached hereto as **Exhibit A**. The terms of the express warranty are described in **Exhibit A** and are incorporated herein. In addition, to the these warranties, Defendant FCA also provided Plaintiffs with a California Emission Warranty, which Plaintiffs request Defendant FCA produce as part of its discovery obligations in this case.[1]

14. Pursuant to the Song-Beverly Consumer Warranty Act (the "Song-Beverly Act") Civil Code sections 1790 et seq. the Subject Vehicle constitutes "consumer goods" used primarily for family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes. Plaintiffs are "buyers" of consumer goods under the Act. Defendant FCA is a "manufacturer" and/or "distributor" under the Song-Beverly Act.

15. Plaintiffs justifiably revokes acceptance of the Subject Vehicle under Civil Code, section 1794, et seq. by filing this Complaint and/or did so prior to filing the instant Complaint.

16. These causes of action arise out of the warranty obligations of Defendant FCA in connection with a motor vehicle for which Defendant FCA issued a written warranty.

17. Defects and nonconformities to warranty manifested themselves within the applicable express warranty period, including but not limited to, the electrical system and the engine, among other defects and non-conformities.

18. Said defects/nonconformities substantially impair the use, value, or safety of the Vehicle.

///

///

---

[1] Upon information and belief, Defendant FCA deliberately refuses to include the terms of the California emissions warranties in its main express warranty booklet so that California consumers are kept in the dark when Defendant FCA fails to comply with its warranty obligations under California's 7 years/70,000 miles emissions warranty, or other California emission warranties, including but not limited to, Low Emission Vehicles warranties (which have an even longer warranty term).

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

## **Some Of Plaintiffs' Vehicle's Repair History**

19.     The following is a brief summary of some portions of the Subject Vehicle's repair history.

20.     On or about September 25, 2020, with 30,636 miles on the odometer, Plaintiffs presented the Subject Vehicle to Defendant's authorized repair facility with various transmission concerns, including hard shifts, jerks, and other malfunctions. In connection with the concerns, Defendant FCA'S authorized repair facility performed warranty repairs.

21.     On or about November 18, 2020, with 32,695 miles on the odometer, Plaintiffs presented the Subject Vehicle to Defendant's authorized repair facility with yet again various transmission concerns, including hard shifts, jerks, and other malfunctions. In connection with the concerns, Defendant FCA'S authorized repair facility performed warranty repairs.

22.     On or about December 1, 2020, with 32,915 miles on the odometer, Plaintiffs presented the Subject Vehicle to Defendant's authorized repair facility with yet again various transmission concerns, including hard shifts, jerks, and other malfunctions. In connection with the concerns, Defendant FCA'S authorized repair facility performed warranty repairs.

23.     Thereafter, Plaintiffs continued to experience symptoms of the Subject Vehicle's defects despite Defendant's representations that the Subject Vehicle was repaired.

24.     Under the Song-Beverly Act, Defendant FCA had an affirmative duty to promptly offer to repurchase or replace the Subject Vehicle at the time if failed to conform the Subject Vehicle to the terms of the express warranty after a reasonable number of repair attempts.[2]

---

[2] "A manufacturer's duty to repurchase a vehicle does not depend on a consumer's request, but instead arises as soon as the manufacturer fails to comply with the warranty within a reasonable time. (*Krotin v. Porsche Cars North America, Inc.* (1995) 38 Cal.App.4th 294, 301-302, 45 Cal.Rptr.2d 10.) Chrysler performed the bridge operation on Santana's vehicle in August 2014 with 30,262 miles on the odometer—within the three-year, 36,000 mile warranty. The internal

-4-

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430 LOS ANGELES, CA 90067

25. Defendant FCA has failed to either promptly replace the Subject Vehicle or to promptly make restitution in accordance with the Song-Beverly Act.

26. Under the Song-Beverly Act, Plaintiffs are entitled to reimbursement of the price paid for the vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation to an authorized repair facility for a nonconformity.

27. Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code, section 1794, et seq. Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section 1794, et seq. and Commercial Code, section 2711.

28. Plaintiffs are entitled to recover any "cover" damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, et seq.

29. Plaintiffs are entitled to recover all incidental and consequential damages pursuant to 1794 et seq. and Commercial Code, sections 2711, 2712, and 2713 et seq.

30. Plaintiffs suffered damages in a sum to be proven at trial in an amount that exceeds $75,000.00.

31. Plaintiffs are entitled to all incidental, consequential, and general damages resulting from Defendants' failure to comply with its obligations under the Song-Beverly Act and/or Magnuson-Moss Warranty Act.

///

///

---

e-mails demonstrating Chrysler's awareness of the safety risks inherent in the bridge operation were sent in September 2013, and thus Chrysler was well aware of the problem when it performed the bridge operation on Santana's vehicle. Thus, Chrysler's duty to repurchase or provide restitution arose prior to the expiration of the three-year, 36,000 mile warranty. Moreover, although we do not have the actual five-year, 100,000 mile power train warranty in our record, Santana's expert testified that the no-start/stalling issues Santana experienced were within the scope of the power train warranty, which was still active when Santana requested repurchase in approximately January 2016, at 44,467 miles. Thus the premise of Chrysler's argument—that Santana's request for repurchase was outside the relevant warranty—is not only irrelevant, but wrong." *Santana v. FCA US LLC,* 56 Cal. App. 5th 334, 270 Cal. Rptr. 3d 335 (2020).

COMPLAINT; JURY TRIAL DEMANDED

**FIRST CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FCA**

**VIOLATION OF SUBDIVISION (D) OF CIVIL CODE § 1793.2**

32.    Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

33.    Defendant FCA and its representatives in this state have been unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of opportunities.  Despite this fact, Defendant failed to promptly replace the Vehicle or make restitution to Plaintiffs as required by Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2).

34.    Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2, subdivision (d) and Civil Code section 1793.1, subdivision (a)(2), and therefore brings this cause of action pursuant to Civil Code section 1794.

35.    Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (d) was willful, in that Defendant and its representative were aware that they were unable to service or repair the Vehicle to conform to the applicable express warranties after a reasonable number of repair attempts, yet Defendant failed and refused to promptly replace the Vehicle or make restitution. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c).

36.    Defendant does not maintain a qualified third-party dispute resolution process which substantially complies with Civil Code section 1793.22. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (e).

37.    Plaintiffs seek civil penalties pursuant to section 1794, subdivisions (c), and (e) in the alternative and does not seek to cumulate civil penalties, as

Strategic Legal Practices, APC
1840 Century Park East, Suite 430, Los Angeles, CA 90067

provided in Civil Code section 1794, subdivision (f).

**SECOND CAUSE OF ACTION**

**BY PLAINTIFF AGAINST DEFENDANT FCA**

**VIOLATION OF SUBDIVISION (B) OF CIVIL CODE § 1793.2**

38.    Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

39.    Although Plaintiffs presented the Vehicle to Defendant's representative in this state, Defendant and its representative failed to commence the service or repairs within a reasonable time and failed to service or repair the Vehicle so as to conform to the applicable warranties within 30 days, in violation of Civil Code section 1793.2, subdivision (b).  Plaintiffs did not extend the time for completion of repairs beyond the 30-day requirement.

40.    Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(b), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

41.    Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Vehicle, and have exercised a right to request a buyback.  By serving this Complaint, Plaintiffs do so again.  Accordingly, Plaintiffs seek the remedies provided in California Civil Code section 1794(b)(1), including the entire value of the Vehicle.  In the alternative, Plaintiffs seek the remedies set forth in California Civil Code section 1794(b)(2), including the diminution in value of the Vehicle resulting from its defects. Plaintiffs believe that, at the present time, the Vehicle's value is *de minimis.*

42.    Defendant FCA'S failure to comply with its obligations under Civil Code section 1793.2(b) was willful, in that Defendant FCA and its representative were aware that they were obligated to service or repair the Vehicle to conform to the applicable express warranties within 30 days, yet they failed to do so. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual

**COMPLAINT; JURY TRIAL DEMANDED**

damages pursuant to Civil Code section 1794(c).

## THIRD CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT FCA
## VIOLATION OF SUBDIVISION (A)(3) OF CIVIL CODE § 1793.2

43.     Plaintiffs incorporate by reference the allegations contained in paragraphs set forth above.

44.     In violation of Civil Code section 1793.2, subdivision (a)(3), Defendant failed to make available to its authorized service and repair facilities sufficient service literature and replacement parts to effect repairs during the express warranty period.  Plaintiffs have been damaged by Defendant's failure to comply with its obligations pursuant to Civil Code section 1793.2(a)(3), and therefore brings this Cause of Action pursuant to Civil Code section 1794.

45.     Defendant's failure to comply with its obligations under Civil Code section 1793.2, subdivision (a)(3) was wilful, in that Defendant knew of its obligation to provide literature and replacement parts sufficient to allow its repair facilities to effect repairs during the warranty period, yet Defendant failed to take any action to correct its failure to comply with the law. Accordingly, Plaintiffs are entitled to a civil penalty of two times Plaintiffs' actual damages; pursuant to Civil Code section 1794(c).

## FOURTH CAUSE OF ACTION
## BY PLAINTIFF AGAINST DEFENDANT FCA
## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
## (CIVIL CODE, § 1791.1; § 1794; § 1795.5)

46.     Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

47.     Pursuant to Civil Code section 1792, the sale of the Vehicle was accompanied by Defendant's implied warranty of merchantability.  Pursuant to Civil Code section 1791.1, the duration of the implied warranty is coextensive in

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

duration with the duration of the express written warranty provided by Defendant, except that the duration is not to exceed one-year.

48.     Pursuant to Civil Code section 1791.1 (a), the implied warranty of merchantability means and includes that the Vehicle will comply with each of the following requirements:  (1) The Vehicle will pass without objection in the trade under the warranty contract description; (2) The Vehicle is fit for the ordinary purposes for which such goods are used; (3) The Vehicle is adequately contained, packaged, and labelled; (4) The Vehicle will conform to the promises or affirmations of fact made on the container or label.

49.     At the time of entering into the warranty contract, or within one-year thereafter, the Vehicle contained or developed the defects set forth above. The existence of each of these defects constitutes a breach of the implied warranty because the Vehicle (1) does not pass without objection in the trade under the warranty contract description, (2) is not fit for the ordinary purposes for which such goods are used, (3) is not adequately contained, packaged, and labelled, and (4) does not conform to the promises or affirmations of fact made on the container or label.

50.     Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the implied warranty, and therefore brings this Cause of Action pursuant to Civil Code section 1794.

### FIFTH CAUSE OF ACTION
### BY PLAINTIFF AGAINST DEFENDANT FCA
### VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT

51.     Plaintiffs incorporate by reference the allegations contained in the paragraphs set forth above.

52.     Plaintiffs are "consumer[s]" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

53.     Defendant is a "supplier" and "warrantor" as defined in the Mag-

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1  Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

2      54.    The Subject Vehicle is a "consumer product" as defined in the Mag-

3  Moss Act, 15 U.S.C. § 2301(1).

4      55.    In addition to the express warranty, in connection with the sale of the

5  Vehicle to Plaintiffs, an implied warranty of merchantability was created under

6  California law. The Subject Vehicle's implied warranties were not disclaimed

7  using a Buyer's Guide displayed on the Vehicle; thus any purported disclaimers

8  were ineffective pursuant to 15 U.S.C. § 2308(c).

9      56.    In accordance with Defendant's warranty, Plaintiffs delivered the

10  Vehicle to Defendant's representatives, including its representatives in this state

11  to perform warranty repairs. Plaintiffs did so within a reasonable time. Each time

12  Plaintiffs delivered the Vehicle, Plaintiffs notified Defendant and its

13  representative of the characteristics of the defects. However, the representative

14  failed to repair the Vehicle, breaching the terms of the written warranty on each

15  occasion

16      57.    Defendant violated the Mag-Moss Act when it breached the express

17  warranty and implied warranties by failing to repair the defects and

18  nonconformities, or to repurchase and/or replace the Subject Vehicle.

19      58.    Plaintiffs performed all terms, conditions, covenants, promises and

20  obligations required to be performed on Plaintiffs' part under the terms of the

21  agreement, express warranty and implied warranty except for those terms and

22  conditions, covenants, promises and obligations or payments for which

23  performance and/or compliance has been excused by the acts and/or conduct of

24  Defendant and/or by operation of law

25      59.    Plaintiffs have also met all of Plaintiffs' obligations and preconditions

26  to bring this claim, or alternatively it would have been futile for Plaintiffs to do

27  so.

28      60.    In addition, Plaintiffs have met all of Plaintiffs' obligations for

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

bringing this claim as provided in the written warranties, or alternatively, Defendant does not maintain an informal dispute resolution process for the purpose of resolving claims for breach of the implied warranty of merchantability, and does not maintain an informal dispute resolution process for resolving express warranty claims that complies with the requirements of 15 U.S.C. § 2310(a) and the rules and regulations adopted pursuant thereto by the Federal Trade Commission.

61. As a direct and proximate result of the acts and omissions of the Defendant, Plaintiffs have been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

62. Under the Act, Plaintiffs are entitled to reimbursement of the entire amount paid or payable.

63. Plaintiffs are entitled to all incidental, consequential, penalties, and general damages resulting from Defendant's failure to comply with their obligations under the Mag-Moss Act.

64. Plaintiffs have been damaged by Defendant's failure to comply with its obligations under the express warranty, implied warranty, as well as any other violations alleged here, and therefore bring this claim pursuant to 15 U.S.C. §2310(d) and seek remedies available pursuant to Magnuson-Moss Act under California law, including California Civil Code Section 1794 and/or California Commercial Code Sections 2711-2715, and/or other remedies that the Court may deem proper.

65. Plaintiffs are entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

///

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

**PRAYER**

PLAINTIFFS PRAY for judgment against Defendant as follows:

    a.    For general, special, and actual damages according to proof;

    b.    For restitution;

    c.    For any consequential and incidental damages;

    d.    For revocation of acceptance of the Subject Vehicle, rescission, reimbursement and/or restitution of all monies expended;

    e.    For diminution in value;

    f.    For a civil penalty in the amount of two times Plaintiffs' actual damages pursuant to Civil Code section 1794, subdivision (c) or (e);

    g.    For prejudgment interest at the legal rate;

    h.    For costs of the suit and Plaintiffs' reasonable attorneys' fees pursuant to Civil Code section 1794, subdivision (d);

    i.    For costs, expenses and attorney's fees reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2); and

    j.    For such other relief as the Court may deem proper.

Dated: November 19, 2021        STRATEGIC LEGAL PRACTICES, APC

                BY:       /s/ Tionna Dolin
                          TIONNA DOLIN
                          Attorneys for Plaintiffs,
                          LILLIAN GRACIEUX and JULIA GRACIEUX

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all causes of action asserted herein.


Dated: November 19, 2021             STRATEGIC LEGAL PRACTICES, APC


                              BY:    _____/s/ Tionna Dolin_____
                                     TIONNA DOLIN
                                     Attorneys for Plaintiffs,
                                     LILLIAN GRACIEUX and JULIA
                                     GRACIEUX

**COMPLAINT; JURY TRIAL DEMANDED**

STRATEGIC LEGAL PRACTICES, APC
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

# Exhibit A

## WARRANTY COVERAGE AT A GLANCE



| DESCRIPTION | 1 Yr/ 12,000 | 2 Yr/ 24,000 | 3 Yr/ 36,000 | 3 Yr/ 50,000 | 3 Yr/ Unlmtd | 5 Yr/ 100,000 | 7 Yr/ 70,000 | 8 Yr/ 80,000 |
|---|---|---|---|---|---|---|---|---|
| Basic Limited Warranty Coverage | | | | | | | | |
| **Special Extended Warranty Coverage** | | | | | | | | |
| Powertrain Limited Warranty ($100 deductible) | 2nd Owner if Powertrain Not Transferred and 3rd (And After) Owners | | | 1st Owner & 2nd Owner with Paid Powertrain Transfer | | | | |
| Anti-Corrosion Perforation Limited Warranty: All Panels | | | | | | | | |
| Outer Panels | | | | | | | | |
| Federal Emission Warranty | | | | | | | | |
| Federal Emission Warranty - Specified Components | | | | | | | | |
| California Emission Warranty | | | | | | | | |
| California Emission Warranty - Specified Components | | | | | | | | |

© 2003, DaimlerChrysler Corporation

1

## TABLE OF CONTENTS

1.  Your Legal Rights Under
    These Limited Warranties . . . . . . . . . . . . . . . . . . . . . . 4

2.  What's Covered Under DaimlerChrysler's Warranties
    2.1  Basic Limited Warranty . . . . . . . . . . . . . . . . . . . . 5
    2.2  Powertrain Limited Warranty . . . . . . . . . . . . . . . . . 7
    2.3  Corrosion Warranty . . . . . . . . . . . . . . . . . . . . . . 12

3.  What's Not Covered
    3.1  Modifications Not Covered. . . . . . . . . . . . . . . . . 13
    3.2  Environmental Factors Not Covered . . . . . . . . . 14
    3.3  Maintenance Costs Not Covered. . . . . . . . . . . . 15
    3.4  Incidental and Consequential
         Damages Not Covered . . . . . . . . . . . . . . . . . . . 16
    3.5  Racing Not Covered . . . . . . . . . . . . . . . . . . . . . 16
    3.6  Certain Kinds of Corrosion
         Not Covered . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

    3.7  When Powertrain Limited Warranty
         Does Not Apply . . . . . . . . . . . . . . . . . . . . . . . . 17
    3.8  Other Exclusions . . . . . . . . . . . . . . . . . . . . . . . 17
    3.9  Total Loss, Salvage, Junk, or Scrap
         Vehicles Not Covered. . . . . . . . . . . . . . . . . . . . 18
    3.10 Restricted Warranty . . . . . . . . . . . . . . . . . . . . . 18

4.  Other Terms of Your Warranties
    4.1  Exchanged Parts May Be Used in
         Warranty Repairs . . . . . . . . . . . . . . . . . . . . . . . 19
    4.2  Pre-Delivery Service. . . . . . . . . . . . . . . . . . . . . 20
    4.3  Production Changes . . . . . . . . . . . . . . . . . . . . . 20
    4.4  Governing Law and Other Terms . . . . . . . . . . . 20

## TABLE OF CONTENTS

5.   Emission Warranties Required by Law

5.1   Federal Emission Warranty. . . . . . . . . . . . . . . . . . . 21

5.2   Emission Performance Warranty . . . . . . . . . . . . . . .23

5.3   California Emission Warranty . . . . . . . . . . . . . . . . .24

6.   How to Get Warranty Service

6.1   Where to Take Your Vehicle. . . . . . . . . . . . . . . . . .29

6.2   Emergency Warranty Repairs . . . . . . . . . . . . . . . .31

6.3   Getting Service Under the Federal
      Emission Performance Warranties . . . . . . . . . . . . 31

6.4   Getting Service Under the
      California Emission Warranties . . . . . . . . . . . . . 33

7.   How to Deal with Warranty Problems

7.1   Steps to Take . . . . . . . . . . . . . . . . . . . . . . . . .36

7.2   Helpful Addresses and Telephone
      Numbers . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

8.   Optional Service Contract . . . . . . . . . . . . . . . . . .41

9.   Maintenance

9.1   General Maintenance . . . . . . . . . . . . . . . . . . . 42

9.2   Where to Go For Maintenance . . . . . . . . . . . . . .43

# 1. Your Legal Rights Under These Limited Warranties

The warranties contained in this booklet are the only express warranties that DaimlerChrysler Motors Company LLC ("DaimlerChrysler") makes for your vehicle. **These warranties give you specific legal rights. You may also have other rights that vary from state to state.** For example, you may have some implied warranties, depending on the state where your vehicle is registered:

- An "implied warranty of merchantability" means that your vehicle is reasonably fit for the general purpose for which it was sold.

- An "implied warranty of fitness for a particular purpose" means that your vehicle is suitable for your special

purposes if those special purposes were specifically disclosed to DaimlerChrysler itself — not merely to the dealer — before your purchase, and DaimlerChrysler — not just the dealer — told you the vehicle would be suitable for that purpose.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and DaimlerChrysler completely disclaims them to the extent allowed by law. And the implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

**Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

# 2. What's Covered Under DaimlerChrysler's Warranties

## 2.1 Basic Limited Warranty

### A. Who Is Covered?

You are covered by the Basic Limited Warranty if you are a purchaser for use of the vehicle.

### B. What's Covered

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any defective item on your vehicle supplied by DaimlerChrysler Corporation that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exception is tires.

You pay nothing for these repairs. These warranty repairs or adjustments — including all parts and labor connected with them — will be made by your dealer at no charge, using new or remanufactured parts.

### C. Items Covered by Other Warranties

The following are covered by separate warranties offered by their makers. They are **not covered** by the Basic Limited Warranty:

- tires;
- Koss headphones; or
- items added or changed after the vehicle left DaimlerChrysler Corporation's manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion.

5

## WHAT'S COVERED UNDER DAIMLERCHRYSLER'S WARRANTIES

Be sure you get a copy of any warranty that applies to these items from your dealer, or from the maker of the product. You can find the tire and Koss headphone warranty statements in your Owner's Literature Package.

### D. Towing Costs Are Covered Under Certain Circumstances

The Basic Limited Warranty covers the cost of towing your vehicle to the nearest Chrysler, Dodge or Jeep dealer if your vehicle can't be driven because a covered part has failed.

### E. When It Begins

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

• the date you take delivery of the vehicle; or

• the date when the vehicle was first put into service — for example, as a dealer "demo" or as a DaimlerChrysler Corporation company vehicle.

### F. When It Ends

The Basic Limited Warranty lasts for 36 months from the date it begins or for 36,000 miles on the odometer, whichever occurs first. But the following items are covered only for 12 months or for 12,000 miles on the odometer, whichever occurs first:

• brakes (rotors, pads, linings, and drums);
• wiper blades;
• clutch discs;
• windshield and rear window; and
• wheel alignment and wheel balancing

## WHAT'S COVERED UNDER
## DAIMLERCHRYSLER'S WARRANTIES

### G. Registration and Operation Requirements

The Basic Limited Warranty covers your vehicle only if:

- it was built for sale in the U.S.;
- it's registered in the U.S.;
- it's driven mainly in the U.S. or Canada; and
- it's operated and maintained in the manner described in your Owner's Manual.

### H. If Your Vehicle Leaves the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):

EXCEPT WHERE SPECIFICALLY REQUIRED BY LAW, THERE IS NO WARRANTY COVER-AGE ON THIS VEHICLE IF IT IS SOLD OR REGISTERED IN COUNTRIES OTHER THAN THE UNITED STATES.

This policy does not apply to vehicles that have received authorization for export from DaimlerChrysler. Dealers may not give authorization for export. You should consult an authorized dealer to determine this vehicle's warranty coverage if you have any questions.

This policy does not apply to vehicles registered to U.S. government officials or military personnel on assignment outside of the United States.

## 2.2 Powertrain Limited Warranty

### A. Who is Covered?

You are covered by the Powertrain Limited Warranty if you are the first purchaser for use of the vehicle. You are also covered if you are the second purchaser for use of the vehicle, and have paid the $150 transfer fee within 30 days of purchase. See Section 2.2.F for more information about transfer of coverage.

7

## WHAT'S COVERED UNDER DAIMLERCHRYSLER'S WARRANTIES

### B. What's Covered

The Powertrain Warranty covers the cost of all parts and labor needed (less a $100 deductible per repair visit at the end of the 3 Year/36,000 Mile Basic Limited Warranty) to repair a defective powertrain component on your vehicle listed in section 2.2.1 below supplied by DaimlerChrysler Corporation that is defective in material, workmanship or factory preparation.

### C. Towing Costs Are Covered

The Powertrain Warranty covers the cost of towing your vehicle to the nearest Chrysler, Dodge or Jeep dealer if your vehicle can't be driven because a covered part has failed.

### D. When It Begins

The Powertrain Warranty begins at the end of the Basic Limited Warranty, on either of the following dates, whichever is earlier:

- the date your vehicle has been in service for more than 36 months; or
- the date you've put more than 36, 000 miles on the odometer.

### E. When It Ends

The Powertrain Warranty lasts for 7 years from the date your vehicle has been in-service or 70,000 miles on the odometer, whichever occurs first, to the first owner.

**WHAT'S COVERED UNDER DAIMLERCHRYSLER'S WARRANTIES**

## F. Transfer of Powertrain Warranty

To transfer the Powertrain Warranty, you must have an authorized Chrysler, Dodge or Jeep dealer process a "Transfer of Coverage Application" for you. The cost for this service is $150. You pay this fee directly to the dealer. You must apply for a coverage transfer within 30 days from the date you buy the vehicle.

## G. No Coverage to Second Purchaser if Transfer Fee is Not Paid

If you do not transfer the remainder of the 7 year/70,000 mile Powertrain Limited Warranty coverage and pay the transfer fee, or if you are the third (or subsequent) owner of the vehicle, the Powertrain Limited Warranty described in this Section 2.2 does not apply to you.

## H. Some Commercial Vehicles Are Excluded

Vehicles used as a police vehicle, taxi, limousine, postal delivery vehicle, ambulance or rental vehicle are not covered by the 7 Year/70,000 Mile Powertrain Limited Warranty.

## I. Parts Covered

The Powertrain Warranty covers these parts and components of your vehicle's powertrain:

**Gasoline Engine:** cylinder block and all internal parts; cylinder head assemblies; timing case, timing chain, timing belt, gears and sprockets; vibration damper; oil pump; water pump and housing; intake and exhaust manifolds; flywheel with starter ring gear; core plugs; valve covers; oil pan; turbo-charger housing and internal parts; turbocharger wastegate actuator; supercharger; serpentine belt tensioner; seals and gaskets for listed components only.

9

## WHAT'S COVERED UNDER
## DAIMLERCHRYSLER'S WARRANTIES

**Transmission:** transmission case and all internal parts; torque converter; drive/flex plate; transmission range switch; transmission control module; bell housing; oil pan; seals and gaskets for listed components only.

NOTE: MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED AT ANY TIME.

**Front Wheel Drive:** transaxle case and all internal parts; axle shaft assemblies; constant velocity joints and boots; differential cover; oil pan; transaxle speed sensors; transaxle solenoid assembly; PRNDL position switch; transaxle electronic controller; torque converter; seals and gaskets for listed components only.

NOTE: MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED AT ANY TIME.

**All Wheel Drive (AWD):** power transfer unit and all internal parts; viscous coupler; axle housing and all internal parts; constant velocity joints and boots; driveshaft and axle shaft assemblies; differential carrier assembly and all internal parts; output ball bearing; output flange; end cover; overrunning clutch; vacuum motor; torque tube; pinion spacer and shim, seals and gaskets for listed components only.

**Rear Wheel Drive:** rear axle housing and all internal parts; axle shafts; axle shaft bearings; drive shaft assemblies; drive shaft center bearings; universal joints and yokes; seals and gaskets for listed components only.

**Four-Wheel Drive (4X4):** transfer case and all internal parts; transfer case control module and shift mode motor assembly; axle housing and all internal parts; axle shafts; axle shaft bearings; drive shafts assemblies (front and rear); drive shaft center bearings; universal joints and yokes; disconnect housing assembly; seals and gaskets for the listed components only.

**WHAT'S COVERED UNDER
DAIMLERCHRYSLER'S WARRANTIES**

11

## 2.3 Corrosion Warranty

### A. Who is Covered?

You are covered if you are a purchaser for use of the vehicle.

### B. What's Covered

This warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this warranty does not apply. Cosmetic or surface corrosion — resulting, for example, from stone chips or scratches in the paint — is not covered. For more details on what isn't covered by this warranty, see 3.6.

### C. How Long It Lasts

This warranty starts when your Basic Limited Warranty begins under 2.1(E).

This warranty has two time-and-mileage limits:

• For sheet metal panels, the limit is 36 months, with no mileage limit.

• For an outer-body sheet metal panel — one that is finish-painted and that someone can see when walking around the vehicle — the limits are 5 years or 100,000 miles on the odometer, whichever occurs first.

# 3. What's Not Covered

## 3.1 Modifications Not Covered

### A. Some Modifications Don't Void the Warranties But Aren't Covered

Certain changes that you might make to your vehicle do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- installing non-DaimlerChrysler Motors Company LLC ("DaimlerChrysler") parts, components, or equipment (such as a non-DaimlerChrysler radio or speed control); and

- using special non-DaimlerChrysler materials or additives.

But your warranties don't cover any part that DaimlerChrysler didn't supply or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-DaimlerChrysler parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-DaimlerChrysler parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- installing accessories — except for genuine DaimlerChrysler / MOPAR accessories installed by an authorized Chrysler, Dodge or Jeep dealer;

- applying rustproofing or other protection products; or

**13**

**WHAT'S NOT COVERED**

- using any refrigerant that DaimlerChrysler or DaimlerChrysler Corporation has not approved.

## B. Modifications That WILL Void Your Warranties

These actions will void your warranties:

- disconnecting, tampering with, or altering the odometer will void your warranties, unless your repairing technician follows the legal requirements for repairing or replacing odometers; or

- attaching any device that disconnects the odometer will also void your warranties.

## 3.2 Environmental Factors Not Covered

Your warranties don't cover damage caused by environmental factors such as airborne fallout, chemicals, tree sap, salt, ocean spray, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the vehicle. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

## 3.3 Maintenance Costs Not Covered

Your warranties don't cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties don't cover the costs of your vehicle's normal or scheduled maintenance — the parts and services that all vehicles routinely need. Some of these parts and services, which your warranties don't cover, include:

- lubrication;
- engine tune-ups;
- replacing filters, coolant, spark plugs, bulbs, or fuses (unless those costs result from a covered repair);
- cleaning and polishing; and
- replacing worn wiper blades, worn brake pads and linings, or clutch linings.

## 3.4 Incidental and Consequential Damages Not Covered

**Your warranties don't cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.**

Examples of such damages include:

- lost time;
- inconvenience;
- the loss of the use of your vehicle;
- the cost of rental vehicles, gasoline, telephone, travel, or lodging;
- the loss of personal or commercial property; and
- the loss of revenue.

**Some states don't allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.**

## 3.5 Racing Not Covered

Your warranties don't cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

## 3.6 Certain Kinds of Corrosion Not Covered

Your warranties don't cover the following:

- corrosion caused by accident, damage, abuse, or vehicle alteration;
- surface corrosion caused by such things as industrial fallout, sand, salt, hail, and stones;
- corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers; and

- corrosion of special bodies, body conversions, or equipment not made or supplied by DaimlerChrysler Corporation or DaimlerChrysler.

## 3.7 When Powertrain Limited Warranty Does Not Apply

You are not covered by the Powertrain Limited Warranty if you are a second owner and a transfer of coverage was not made; if you are the third (or subsequent) owner of the vehicle; or if the vehicle was used as a police vehicle, taxi, limousine, postal delivery vehicle, ambulance or rental vehicle.

## 3.8 Other Exclusions

Your warranties don't cover the costs of repairing damage or conditions caused by any of the following:

- fire or accident;
- abuse or negligence;
- misuse — for example, driving over curbs or overloading;
- tampering with the emission systems, or with a part that could affect the emission systems;
- use of used parts, even if they were originally supplied by DaimlerChrysler (however, authorized DaimlerChrysler or MOPAR remanufactured parts are covered);

17

- windshield or rear window damage from external objects;

- any changes made to your vehicle that don't comply with DaimlerChrysler Corporation specifications; or

- using any fluid that doesn't meet the minimum recommendations in your Owner's Manual.

## 3.9 Total Loss, Salvage, Junk, or Scrap Vehicles Not Covered

A vehicle has no warranty coverage of any kind if:

- the vehicle is declared to be a total loss by an insurance company;

- the vehicle is rebuilt after being declared to be a total loss by an insurance company; or

- the vehicle is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap," or some similar word.

DaimlerChrysler will deny warranty coverage without notice if it learns that a vehicle is ineligible for coverage for any of these reasons.

## 3.10 Restricted Warranty

Your warranties can also be restricted by DaimlerChrysler. DaimlerChrysler may restrict the warranty on your vehicle if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by DaimlerChrysler before covered repairs are performed.

# 4. Other Terms of Your Warranties

## 4.1 Exchanged Parts May Be Used in Warranty Repairs

In the interest of customer satisfaction, DaimlerChrysler Motors Company LLC ("DaimlerChrysler") may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your vehicle is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet Daimler-Chrysler Corporation standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- engine assemblies;
- transmission assemblies;
- instrument cluster assemblies;
- radios, tape and CD players;
- speedometers; and
- powertrain control modules.

To help control suspected ozone-depleting agents, the EPA requires the capture, purification, and reuse of automotive air-conditioning refrigerant gases. As a result, a repair to the sealed portion of your air-conditioning system may involve the installation of purified reclaimed refrigerant.

**OTHER TERMS OF YOUR WARRANTIES**

## 4.2 Pre-Delivery Service

A defect in or damage to the mechanical, electrical, sheet-metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to the dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the vehicle is delivered to you.

## 4.3 Production Changes

DaimlerChrysler Corporation, DaimlerChrysler and its dealers reserve the right to make changes in vehicles built or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

## 4.4 Governing Law and Other Terms

All of the warranties, except for the Federal Emissions and noise warranty and the California Emissions warranties, are made under Michigan law, and Michigan law will be used to interpret them. Punitive, exemplary or multiple damages may not be recovered unless applicable state or local law prohibits their disclaimer. No person, including DaimlerChrysler employees or dealers may modify or waive any part of these warranties.

# 5.  Emission Warranties Required By Law

## 5.1 Federal Emission Warranty

### A.  Parts Covered for 2 Years or 24,000 Miles

Federal law requires DaimlerChrysler Motors Company LLC ("DaimlerChrysler") to warrant the following emissions parts for 2 years or 24,000 miles, whichever occurs first.  DaimlerChrysler covers all of these parts under the Basic Limited Warranty for 3 years or 36,000 miles, whichever occurs first.

• Air system controls;
• distributor and its components;

• electronic fuel injection system, including injector;
• evaporative-emission canister and controls;
• exhaust manifold;
• exhaust gas recirculation valve and control system;
• exhaust pipes (between exhaust manifold and catalyst);
• fuel cap and tank assembly, pump, and fuel lines;
• ignition coil and ignition module;
• intake manifold;
• on-board diagnostic-system components;
• oxygen sensors;
• positive crankcase-ventilation (PCV) valve or orifice;
• secondary ignition wires;
• spark plugs;

## EMISSION WARRANTIES REQUIRED BY LAW

- throttle body;
- transmission-control module;
- vacuum hoses, clamps, and fittings, as well as tubing used for these components;
- vacuum, temperature, altitude, speed, timesensitive valves, sensors, and switches used in these components and systems.

**B. Parts Covered for 8 years or 80,000 miles**

If your vehicle has one of the following parts, this Federal Emission Warranty covers that part for a period of 8 years or 80,000 miles, whichever occurs first.

These limits are counted from the time when your Basic Limited Warranty begins under 2.1(E). The covered parts are:

- catalytic converter; and
- powertrain control module.

**C. Additional Emission Warranties**

If your vehicle is equipped with a California Certified Emission Control System and is registered in California, Massachusetts, Maine or Vermont, the California Emission Warranty — described in Section 5.3 — also applies.

## 5.2 Emission Performance Warranty

This warranty supplements the federal warranty under 5.1. It lasts for 2 years or 24,000 miles on the odometer, whichever occurs first. If your vehicle has one of the following parts, catalytic converter and powertrain control module, this Federal Emission Warranty covers that part for a period of 8 years or 80,000 miles, whichever occurs first. These limits are counted from the time when your Basic Limited Warranty begins under 2.1 (E). The Emission Performance Warranty covers the cost of repairing or adjusting any components or parts that might be needed for your vehicle to pass Federal Emission Standards for a federally approved state or local emissions test, but only if:

• your vehicle has failed a federally approved state or local emissions test;

• your vehicle has been maintained and operated properly up until it fails such a test; and

• you face a real penalty — for example, a fine or the loss of the use of your vehicle — because the vehicle has failed the test.

Section 6.3 explains how to get service under this warranty.

**EMISSION WARRANTIES REQUIRED BY LAW**

## 5.3 California Emission Warranty

**Your Warranty Rights and Obligations (Applies Only to Vehicles Certified for Sale and Registered in the State of California)**

The California Air Resources Board is pleased to explain the emission control system warranty on your 2005 model vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. DaimlerChrysler Motors Company LLC ("DaimlerChrysler") must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

Your emission control system may include parts such as the fuel-injection system, the ignition system,

catalytic converter, and powertrain control module. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, DaimlerChrysler will repair your vehicle at no cost to you, including diagnosis, parts and labor.

**MANUFACTURER'S WARRANTY COVERAGE:**

**For 3 years or 50,000 miles, whichever first occurs:**

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by DaimlerChrysler to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

**EMISSION WARRANTIES REQUIRED BY LAW**

2. If any emission-related part on your vehicle is defective, the part will be repaired or replaced by DaimlerChrysler. This is your short-term emission control system DEFECTS WARRANTY.

**For 7 years or 70,000 miles, whichever first occurs:**

1. If an emission-related part listed in this warranty booklet specially noted with coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by DaimlerChrysler. This is your long-term emission control system DEFECTS WARRANTY.

## 5.3  California Emission Warranty Contd.

**Owner's Warranty Responsibilities:**

– As the vehicle owner, you are responsible for the performance of the **required maintenance listed in your owner's manual**. DaimlerChrysler recommends that you retain all receipts covering maintenance on your vehicle, but DaimlerChrysler cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

– You are responsible for presenting your vehicle to a Chrysler, Dodge or Jeep dealer as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed **30 days**.

**25**

## EMISSION WARRANTIES REQUIRED BY LAW

### 5.3 California Emission Warranty Contd.

– As the vehicle owner, you should also be aware that DaimlerChrysler may deny your warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact the DaimlerChrysler National Customer Relations at (800) 992-1997 or the California Air Resources Board at PO Box 8001, El Monte, CA 91734-8001.

### A. Parts and Performance Covered for 3 Years or 50,000 Miles, Whichever Occurs First

California law requires DaimlerChrysler to warrant that if any emission-related part on your vehicle is defective, DaimlerChrysler will repair or replace the part.

The repair or replacement will be made at no charge to you for diagnosis, parts or labor. Any other parts damaged by the failure of a defective part will also be repaired or replaced.

In addition, if your vehicle fails a smog check inspection, DaimlerChrysler will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection.

Your emission control system may include parts such as the fuel injection system, ignition system, catalytic converter and powertrain control module. Also included may be hoses, belts, connectors and other emission-related assemblies.

## 5.3  California Emission Warranty Contd.

### B.  Parts Covered for 7 Years or 70,000 Miles, Whichever Occurs First

DaimlerChrysler also warrants that every part listed below — if installed as original equipment — is free from defects.  These parts are:

**Caravan, Grand Caravan, Town & Country**
• fuel pump
• fuel tank

**Pacifica**
• fuel tank assembly
• intake manifold - lower & upper

**Sebring & Stratus Coupe**
• air flow sensor
• distributor w/camshaft position sensor - 3.0L

• exhaust manifold - 2.4L
• exhaust pipe - 3.0L
• fuel tank
• intake manifold

Where parts are scheduled for replacement as required maintenance, this warranty applies until the first scheduled maintenance point listed in the owner's manual.

### C.  Parts Covered for 8 Years or 80,000 Miles, Whichever Occurs First

(See Federal Emission Warranty 5.1.B.)
• Catalytic Converter
• Powertrain Control Module

### D.  Getting Service Under This Warranty

Section 6.4 explains how to get service under this warranty.

# 6. How to Get Warranty Service

## 6.1 Where to Take Your Vehicle

### A. In the United States (We Include U.S. Possessions and Territories as Part of the United States for Warranty Purposes):

Warranty service must be done by an authorized Chrysler, Dodge or Jeep dealer. We strongly recommend that you take your vehicle to your Selling Dealer. They know you and your vehicle best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Chrysler, Dodge or Jeep dealer.

### B. In Canada and Mexico:

If you are traveling temporarily in Canada or Mexico, and your vehicle remains registered in the United States, your DaimlerChrysler warranty still applies. Service may be requested at any authorized Chrysler, Dodge or Jeep dealership.

### C. In a Foreign Country Outside of North America:

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

- You should take your vehicle to an authorized Chrysler, Dodge or Jeep dealer. They should give you the same warranty service you receive in the United States.

- If the authorized dealership charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. (This receipt will be similar to the one used by the dealer who normally services your vehicle.)

- When your vehicle returns to the United States, contact the DaimlerChrysler Customer Assistance Center (section 7.2) for reimbursement consideration. You will normally need to provide a copy of    the receipt, your vehicle registration and any other relevant documents.

- Reimbursement will not be considered if the vehicle does not return to the United States.

## D. If You Move:

If you move to another country, be sure to contact the DaimlerChrysler Customer Assistance Center (section 7.2) and the customs department of the destination country before you move. Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to DaimlerChrysler in order to continue your warranty coverage. You may also be required to obtain documentation from DaimlerChrysler in order to register your vehicle in your new country.

HOW TO GET WARRANTY SERVICE

### E. Notice:

If your vehicles is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. (Vehicles registered to United States government officials or military personnel on assignment outside of the U.S. will continue to be covered.)

## 6.2 Emergency Warranty Repairs

If you have an emergency and have to get a warranty repair made by someone other than an authorized Chrysler, Dodge or Jeep dealer, follow the reimbursement procedure in 6.1(C).

## 6.3 Getting Service Under the Federal Emission Performance Warranties

### A. What to Do

If your vehicle has failed an emissions test described in 5.2:

- Take it to an authorized Chrysler, Dodge or Jeep dealer as soon as possible.
- Give the service representative the printout showing that your vehicle failed the test.
- If possible, bring all service receipts, maintenance logs, and records proving that your vehicle has been properly maintained, since you may be required to show them.

**HOW TO GET WARRANTY SERVICE**

## B. Further Steps You Can Take, and How to Get More Information

If you think your dealer has wrongly denied you emission-warranty coverage, follow the steps described in 7.1. DaimlerChrysler will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

If you want more information about getting service under the Federal Emission Warranty or the Performance Warranty, or if you want to report what you think is a violation of these warranties, you can contact:

Manager, Certification and Compliance
Division Warranty Claims
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail Code 6403J
Washington, D. C. 20460

## 6.4 Getting Service Under the California Emission Warranty

### A. What to Do If You Fail a Smog Check

If a vehicle fails a state Smog Check during the coverage period, DaimlerChrysler will repair the vehicle so that it will pass a State Smog Check re-test. The owner should take the vehicle to any authorized Chrysler, Dodge or Jeep dealer for warranty repairs and give a copy of the failed Smog Check test report to the dealer. If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

### B. What to Do to Get Warranty Service

To get warranty service -- even if you're traveling -- take your vehicle to any Chrysler, Dodge or Jeep dealer. (DaimlerChrysler recommends that you take your vehicle to a dealer who sells the same make of vehicle as yours.) That dealer will perform any warranty service without charging you for diagnosis, parts or labor.

# HOW TO GET WARRANTY SERVICE

## C. Emergency Emission Warranty Service

If you need emergency service under this warranty and a Chrysler, Dodge or Jeep dealer is not readily available, you may have your vehicle repaired by anyone using any brand of repair parts. However, DaimlerChrysler Corporation recommends that you do the following before having repairs made:

• Contact the DaimlerChrysler Customer Center and ask for help with emission warranty service. (You'll find the address and telephone number of the Customer Center at 7.2.)

• The Customer Center will recommend an authorized servicing dealer or help you find a qualified independent servicing dealer.

• If you are going to have to use an independent servicing dealer, make arrangements during your first contact with the Customer Center for getting reimbursed for emergency repairs (including labor and diagnosis). You will need to get and keep the replaced parts, as well as the original invoice marked "paid".

• You should review with the Customer Center any questions you have about the emission warranty.

Reimbursement for parts will be based on DaimlerChrysler's suggested retail price. Reimbursement for labor will be based on DaimlerChrysler's recommended time allowance for the repair and on the appropriate hourly labor rate in the geographic area where you had the work done.

**33**

**HOW TO GET WARRANTY SERVICE**

Before DaimlerChrysler will reimburse you for emergency repairs under this warranty, you will have to provide DaimlerChrysler with details on why the situation was an emergency and why dealer service was unavailable. Under this warranty, an emergency occurs if a part will not be available within 30 days or if a repair can't be completed within 30 days.

## D. How to Get More Information

If you want more information about getting service under the California Emission Warranty, you can contact one of the following:

DaimlerChrysler Motors Company LLC
National Customer Relations
(800) 992-1997

California Air Resources Board
PO Box 8001
El Monte, California 91734-8001

# 7. How to Deal with Warranty Problems

## 7.1 Steps to Take

### A. In General

Normally, warranty problems can be resolved by your dealer's sales or service departments. That's why you should always talk to your dealer's service manager or sales manager first. But if you're not satisfied with your dealer's response to your problem, DaimlerChrysler Motors Company LLC ("DaimlerChrysler") recommends that you do the following:

**Step 1:** Discuss your problem with the owner or general manager of the dealership.

**Step 2:** If your dealership still can't resolve the problem, contact the DaimlerChrysler Customer Center. You'll find the address at 7.2.

### B. What DaimlerChrysler Corporation Will Do

Once you have followed the two steps described in 7.1(A), a DaimlerChrysler representative at DaimlerChrysler headquarters will review your situation. If it's something that DaimlerChrysler can help you with, DaimlerChrysler will provide your dealer with all the information and assistance necessary to resolve the problem. Even if DaimlerChrysler can't help you, DaimlerChrysler will acknowledge your contact and explain DaimlerChrysler's position.

**HOW TO DEAL WITH WARRANTY PROBLEMS**

## C. If Your Problem Still Isn't Resolved For Customers Residing in Arkansas, Idaho, Kentucky and Minnesota ONLY:

If you can't resolve your warranty problem after following the two steps described in 7.1(A), and you live in Arkansas, Idaho, Kentucky or Minnesota ONLY, you can contact the DaimlerChrysler Motors Company LLC Customer Arbitration Process in your area.

The Process is not available for residents of other states. You may obtain a brochure describing DaimlerChrysler Motors Company LLC's Customer Arbitration Process, including an application, by calling 1-800-992-1997. This service is strictly voluntary, and you may submit your dispute directly to the Customer Arbitration Process (CAP) at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement
DaimlerChrysler Motors Company LLC
Customer Arbitration Process
P.O. Box 560208
Dallas, TX 75356-0208

The CAP reviews only vehicle disputes involving DaimlerChrysler Motors Company LLC ("DaimlerChrysler") Limited Warranty or a DaimlerChrysler Mopar Part Limited Warranty on a

## HOW TO DEAL WITH WARRANTY PROBLEMS

DaimlerChrysler Corporation vehicle. The CAP does not review disputes involving the sale of a new or used vehicle, personal injury/property damage claims, disputes relating to design of the vehicle or part, or disputes which are already the subject of litigation.

The CAP will need the following information from you: 1) Legible copies of all documents and repair orders relevant to your case, 2) Vehicle identification number of your vehicle,  3) A brief description of your unresolved concern,  4) The identity of your servicing/selling dealer, 5) The date(s) of repair(s) and mileage at the time, 6) Current mileage, and 7) A description of the action you expect to resolve your concern.

Upon receipt of your request:

• The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by mail, within ten (10) days, and advise you whether or not your dispute is within the jurisdiction of the Process.

• When your request is within jurisdiction NCDS will request DaimlerChrysler and the dealer to present their side of the dispute.  You will receive copies of their responses.

• While your dispute is pending NCDS or DaimlerChrysler may contact you to see if your case can be settled by agreement.  If a settlement is offered to you, DaimlerChrysler will ask you to sign a form that contains that settlement.  Your case will then be closed.  There is no requirement for you to participate in this settlement process.

37

## HOW TO DEAL WITH WARRANTY PROBLEMS

• If you requested an oral hearing, a decision-maker will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealership near you.

• If you request a documents-only review, an NCDS panel will review and decide your case. Neither you, the dealer nor DaimlerChrysler need be present.

• NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by the dealer or DaimlerChrysler and the time by which the action must be taken. The decision will be binding on the dealer and DaimlerChrysler but not on you unless you accept the decision.

• If any action is required on the part of the dealer or DaimlerChrysler you will be contacted within ten (10) days after the date by which the dealer or DaimlerChrysler must act to determine whether performance has been rendered.

• The entire dispute settlement process will normally take no longer than 40 days.

• The CAP dispute settlement procedure does not take the place of any state or Federal legal remedies available to you. Whether or not you decide to submit your dispute to the Process, you are free to pursue other legal remedies.

## D. Notice Under State Lemon Laws

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, DaimlerChrysler requires that you first notify us in writing of any service difficulty that you may have experienced so

**HOW TO DEAL WITH WARRANTY PROBLEMS**

that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws.

In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the DaimlerChrysler Customer Center at the address in 7.2.

## 7.2 Helpful Addresses and Telephone Numbers

Here are the addresses and telephone numbers of DaimlerChrysler Motors Company LLC customer-service centers that can help you wherever you happen to be. Contact the one that covers your area:

• **In the United States:**

**DaimlerChrysler Motors Company LLC Customer Center**

P.O. Box 21-8004

Auburn Hills, Michigan 48321-8004

Phone: (800) 992-1997

**To contact DaimlerChrysler by email,** simply access the following websites:

www.chrysler.com (click on the "Contact Chrysler" button);

www.dodge.com OR www.jeep.com (click on the "Contact Us" button)

**HOW TO DEAL WITH WARRANTY PROBLEMS**

- **In Canada:**
  **DaimlerChrysler Canada, Inc.**
  **Customer Service**
  Chrysler Centre
  P.O. Box 1621
  Windsor, Ontario N9A 4H6
  Phone: (800) 465-2001

- **In Mexico, contact the Customer Relations**
  **Office for Chrysler, Dodge and Jeep vehicles:**
  1240 Prolongacion Paseo de la Reforma Av.
  Santa Fe, C.P. 05109
  Deleg. Cuajimalpa, Mexico
  Phone (in Mexico): (015) 5081-7568
  Phone (outside Mexico): (800) 505-1300

- **In Puerto Rico and U.S. Virgin Islands:**
  Customer Service
  Chrysler International Services, S.A.
  Box 191857
  San Juan, Puerto Rico 00919-1857
  Phone: (787) 782-5757
  Fax: (787) 782-3345

# 8. Optional Service Contract

DaimlerChrysler Motors Company LLC's or DaimlerChrysler Service Contract Company LLC's optional service contracts offer valuable protection against repair costs when these warranties don't apply. They complement but don't replace the warranty coverages outlined in this booklet. Several plans are available, covering various time-and-mileage periods and various sets of components. (Service contracts aren't available if you live in a U.S. possession or territory.) Ask your dealer for details.

# 9. Maintenance

## 9.1 General Information

It's your responsibility to properly maintain and operate your new vehicle. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and DaimlerChrysler Motors Company LLC ("DaimlerChrysler") concerning your maintenance of your vehicle, DaimlerChrysler will require you to provide proof that your vehicle was properly maintained.

For your convenience, DaimlerChrysler has prepared a Maintenance Logbook which is included in your Owner's Literature Package. You should use this Maintenance Logbook to keep track of scheduled maintenance, either by routinely having the repairs entered in your Maintenance Logbook, or by keeping receipts or other documentation of work you've had done on your vehicle in your Maintenance Logbook.

## 9.2 **Where to Go For Maintenance**

DaimlerChrysler recommends  that you return to the dealer from whom you bought your vehicle for all maintenance service both during and after the warranty periods. Although you can get warranty service from any dealer who sells your particular make, returning to your selling dealer will help ensure that all your service needs are met and that you're completely satisfied.  The dealership techni-cians are specifically trained to proficiently perform maintenance and repair procedures on your DaimlerChrysler Corporation vehicle.

Authorized Chrysler, Dodge or Jeep dealers will help ensure that all your service needs are met and that you're completely satisfied.  DaimlerChrysler strongly recommends you use genuine DaimlerChrysler / MOPAR parts to maintain your vehicle.

**NOTES**

**NOTES**

**NOTES**

**NOTES**

47

**NOTES**