JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN GRACIEUX AS SUCCESSOR-IN-INTEREST TO LILLIAN GRACIEUX,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV 21-9086-GW-SKx<br><br>District Judge: George H. Wu<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JULIAN GRACIEUX AS SUCCESSOR-IN-INTEREST TO LILLIAN GRACIEUX ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on October 25, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $96,000 pursuant to the terms of the Rule 68 Offer.

The Court will retain jurisdiction to reopen this action if the parties cannot resolve the issue of attorney's fees and costs.

**IT IS SO ORDERED.**

Date: November 20, 2023

_____
HON. GEORGE H. WU,
U.S. District Judge