# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN GRACIEUX and JULIA GRACIEUX,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 21-9086-GW-SKx<br><br>Hon. George H. Wu<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs LILLIAN GRACIEUX and JULIA GRACIEUX ("Plaintiffs") and Defendant FCA US, LLC. have agreed FCA US, LLC. will pay $24,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $24,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by April 15, 2025. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: January 16, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　United States District Judge

---

1

**[PROPOSED] ORDER**